UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Javier Cabral, | § § | |
| Plaintiff, | § | NO: SA:14-CV-01037-DAE |
| vs. | § § | |
| Patrick R. Donahue, | § § | |
| Defendant. | § § | |

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the hearing on Defendant's Motion for Summary Judgment (Dkt no. 27) is reset for **Monday, February 22, 2016 at 01:00 PM** before Senior U. S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.

IT IS SO ORDERED.

DATED: San Antonio, Texas January 27, 2016.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE